Robert G. Eliason (SBN 105645)
Norman D. Morrison IV (SBN 212090)
WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
E-mail:  bobeli@comcast.net

Attorneys for Plaintiff, General Charles E. "Chuck" Yeager (Ret.)

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>Plaintiff,<br><br>vs.<br><br>CINGULAR WIRELESS LLC; BELLSOUTH; SBC COMMUNICATIONS; AMERICAN TELEPHONE & TELEGRAPH; and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No. 2:07-cv-02517 (FCD-GGH)<br><br>The Honorable Frank C. Damrell, Jr.<br><br>**APPLICATION FOR APPROVAL OF AGREEMENT FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-144 and the facts set forth below, the parties seek the Court's approval for their agreement for an extension of time within which Defendants must respond to Plaintiff's complaint.

Service of Plaintiff's complaint was achieved on January 18, 2008. Consequently, a response to the complaint was due within 20 days, by February 7, 2008, at which point the parties agreed to an initial extension of the time within which a response was required.  The parties now request a further extension until March 27, 2008 to enable Defendants to obtain trial counsel and to enable the parties to continue settlement negotiations.

Date: March 7, 2008

WILD, CARTER & TIPTON

A Professional Corporation

By:      /s/ Norman D. Morrison IV
NORMAN D. MORRISON IV, ESQ.

Attorneys for Plaintiff,
Gen. Charles "Chuck" Yeager (Ret.)

## **ORDER**

Pursuant to the agreement of the parties, Defendants shall file an answer or otherwise respond to the complaint by no later than March 27, 2008.

DATED this 10th day of March, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704