ANDREW W. STROUD
stroud@mgslaw.com
MENNEMEIER, GLASSMAN & STROUD LLP
908 9th Street, Suite 1700
Sacramento, California 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

O. YALE LEWIS, JR.
oyl@hllaw.com
WHITNEY I. FURMAN
wif@hllaw.com
HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Telephone: (206) 624-1933
Facsimile: (206) 583-2716

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>Plaintiff,<br><br>v.<br><br>CINGULAR WIRELESS LLC; BELLSOUTH; SBC COMMUNICATIONS; AMERICAN TELEPHONE & TELEGRAPH; and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No. CV 07-02517 (FCD-GGH)<br><br>The Honorable Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER DISMISSING NAMED DEFENDANTS AND SUBSTITUTING AT&T MOBILITY, LLC** |

The parties hereto stipulate that AT&T Mobility, LLC, should be substituted as the Defendant in this action and Defendants Cingular Wireless, LLC; Bellsouth; SBC Communications; and American Telephone & Telegraph should be dismissed without prejudice. It is acknowledged and understood that Plaintiff's stipulation hereto is made

REQUEST FOR ORDER DISMISSING NAMED
DEFENDANTS AND SUBSTITUTION         1

in reliance upon express representations of in-house counsel employed by and for AT&T Mobility, LLC, that it is the entity presently responsible for publication of the material alleged at Paragraphs 15-17 of the Complaint, and/or publication of material made the subject of the Complaint; and, is an entity responsible for liability, if any there is, arising from said publications.

DATED:  March 27, 2008

Respectfully submitted,

**HENDRICKS & LEWIS PLLC**

O. Yale Lewis, Jr.
Whitney I. Furman

**MENNEMEIER, GLASSMAN & STROUD LLP**

Andrew W. Stroud


By: s/ O. Yale Lewis, Jr.
      O. YALE LEWIS, JR.

Attorneys for Defendant AT&T Mobility, LLC

REQUEST FOR ORDER DISMISSING NAMED
DEFENDANTS AND SUBSTITUTION            2

| | |
|---|---|
| DATED:  March 27, 2008 | **WILD, CARTER & TIPTON** |
| | A PROFESSIONAL CORPORATION |
| | Robert G. Eliason |
| | Norman D. Morrison IV |
| | |
| | By: s/ Robert G. Eliason |
| |     ROBERT G. ELIASON |
| | |
| | Attorneys for Plaintiff General Charles E. "Chuck" Yeager (Ret.) |

## ORDER

Pursuant to the stipulation of the parties, AT&T Mobility, LLC is substituted as the Defendant in this action and Defendants Cingular Wireless, LLC, Bellsouth, SBC Communications, and American Telephone & Telegraph, are dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 28, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

REQUEST FOR ORDER DISMISSING NAMED
DEFENDANTS AND SUBSTITUTION            3