# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY, LLC and DOES 1 to 200, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:07−CV−02517−FCD−GGH<br><br>**ORDER GRANTING EX PARTE APPLICATION AND PERMITTING FILING OF SEALED DOCUMENT**<br><br>Date:  September 19, 2008<br>Time: 10:00 a.m.<br>Dept.: 2 |

On Wednesday, August 27, 2008, Wild, Carter and Tipton, present attorneys of record for Plaintiff GENERAL CHARLES E. "CHUCK" YEAGER (RET.) filed an *Ex Parte* Application For Order Permitting the Filing of a Sealed Document.  The Court, having considered said Application and the supporting Memorandum of Points and Authorities submitted therewith, and good cause for issuance of the requested relief appearing,

IT IS ORDERED THAT:

Wild, Carter and Tipton's Application for an Order Permitting the Filing of a Sealed Document is hereby GRANTED, as set forth below:

1.　　Plaintiff's Counsel, Wild, Carter and Tipton, is hereby ordered to file the Declaration of Robert G. Eliason, Esq., in Support of the Motion to Withdraw and Terminate Representation with the Clerk of this Court.  Pursuant to Local Rule 39-141, Wild, Carter and

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

1  Tipton shall file a paper copy of the Declaration with the Clerk; and the Clerk shall scan a copy
2  of this document and maintain it on a part of the Court's servers limiting access only to
3  authorized individuals.
4      2.    The Declaration shall be sealed indefinitely.  Access to such document shall be
5  limited to the Court; Wild, Carter and Tipton; and Plaintiff.

7  Dated:   August 29, 2008

                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131