DE LA PENA & MCDONALD LLP
STEVEN E. MCDONALD (SBN 121949)
CHARLES J. MURRAY (SBN 106750)
KEITH L. COOPER (SBN 175741)
785 Market Street, 14th Floor
San Francisco, CA 94103
Telephone: (415) 227-4100
Facsimile: (415) 227-4116
Email: smcdonald@dlpmcd.com
Email: charlesjarvismurray@gmail.com
Email: kcooper@dlpmcd.com

Attorneys for Plaintiff

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA  95814
Telephone:    916-553-4000
Facsimile:    916-553-4011
E-mail:       stroud@mgslaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>　　　　Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC; and DOES 1 TO 200, inclusive,<br><br>　　　　Defendants. | Case No. 2:07-cv-02517 FCD GGH<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE AND ORDER**<br><br>Complaint Filed:　November 21, 2007<br>Trial Date:　　　　February 23, 2010<br><br>The Honorable Frank C. Damrell, Jr. |

Plaintiff General Charles E. "Chuck" Yeager (Ret.) and Defendant AT&T Mobility, LLC, by and through their attorneys of record, hereby enter into this Stipulation to Continue Discovery Cut-off Date and [Proposed] Order.

**RECITALS**

1. On or about April 22, 2008, the Court issued an Amended Status (Pretrial Scheduling) Order.

2. Under that Amended Status (Pretrial Scheduling) Order, "[a]ll discovery shall be completed by July 8, 2009. In this context, 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court."

3. Due to the busy schedules of key witnesses in this case – including Plaintiff General Yeager and his wife, Victoria – their depositions cannot be taken until late-June 2009. The parties anticipate the need for follow-up discovery after their depositions have been taken.

4. The parties anticipate that fact discovery, and the resolution of potential discovery disputes, cannot be completed before July 8, 2009.

**STIPULATION**

In light of the foregoing recitals, the parties stipulate to a 30-day extension of time for the completion of discovery and for the resolution of potential discovery disputes. With that extension, the new cut-off date for the completion of discovery is August 7, 2009.

Dated: June 8, 2009

DE LA PENA & MCDONALD LLP
STEVEN E. MCDONALD
CHARLES J. MURRAY
KEITH L. COOPER

By:   /s/ Charles J. Murray

Charles J. Murray
Attorneys for Plaintiff

Dated: June 12, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD

By:   /s/ Andrew W. Stroud
Andrew W. Stroud
Attorneys for Defendant

1  IT IS SO ORDERED.
2
   Dated: June 12, 2009
3  _____
   FRANK C. DAMRELL, JR.
4  UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE