MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC; and DOES 1 TO 200, inclusive,<br><br>Defendant. | Case No. 2:07-cv-02517 FCD-GGH<br><br>**DEFENDANT'S EXPERT WITNESS DISCLOSURE**<br><br>**(Fed. R. Civ. Proc. 26(a)(2))**<br><br>Complaint Filed: November 21, 2007<br>Trial Date: February 23, 2010<br><br>The Honorable Frank C. Damrell, Jr. |

PLEASE TAKE NOTICE that Defendant A&T Mobility, LLC will not disclose expert witnesses nor serve an expert witness report pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(i). However, pursuant to Rule 26(a)(2)(C)(ii), Defendant reserves the right to designate a rebuttal expert to present testimony intended "to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B), within 30 days after the other party's disclosure."

Dated: July 22, 2009

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD
STEPHEN LAU

By: _____
Andrew W. Stroud, Attorneys for
AT&T Mobility, LLC