Steven E. McDonald (SBN 121949)
Charles J. Murray (SBN 106750)
Keith L. Cooper (SBN 175741)
DE LA PEÑA & MCDONALD LLP
785 Market Street. 14th Floor
San Francisco, CA 94103
Telephone: (415) 227-4100
Facsimile: (415) 227-4116
smcdonald@dlpmcd.com
charlesjarvismurray@gmail.com
kcooper@dlpmcd.com

Attorneys for Plaintiff
GENERAL CHARLES E. "CHUCK" YEAGER, (RET.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER, (RET.),<br><br>Plaintiffs,<br><br>v.<br><br>CINGULAR WIRELESS, LLC; BELLSOUTH; SBC COMMUNICATIONS; AMERICAN TELEPHONE & TELEGRAPH; and DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. CIV 2:07-02517 FCD-GGH<br><br>**PLAINTIFF'S EXPERT WITNESS DISCLOSURE FRCP RULE 26(2)**<br><br><br><br>Complaint Filed: November 21, 2007<br>Trial Date: February 23, 2010 |

Plaintiff, by and through his undersigned counsel, hereby makes the following expert witness disclosure and written report to Defendant AT&T Mobility, LLC, in accordance with Federal Rules of Civil Procedure, Rule 26(2), and states, as follows:

1. Expert Witness. Jon Albert

A.   Witness's Qualifications:  See Exhibit "A" hereto, for Mr. Albert's background, the list cases in which he has offered testimony [as indicated therein] as an expert, and his expert witness fee schedule.

18844

- 1 -

B. Mr. Albert's Anticipated Expert Witness Opinions:

The "Press Release" dated May 17, 2006, was directed by a for-profit commercial enterprise, AT&T, which by their own statement was seeking the enhancement of its brand. This was commercial speech. The reference to General Yeager was part of a strategic marketing/public relations effort including in the context of its timing, continuing use of the Internet and geographical scope of its release and exposure to the general public.

The association of General Yeager's image with AT&T in the Press Release was an effort to enhance the AT&T [then Cingular] brand. The release itself implies that the General endorses AT&T, and certainly any consumer/reader would likely infer that relationship. The use of General Yeager's name would without doubt cause confusion among consumers as to the General's affiliation with AT&T.

The use of plaintiff's name took advantage of plaintiff's reputation, prestige, character and other values, in order to bring those qualities to mind when thinking of Cingular as major wireless provider.

The unauthorized use by AT&T surely limits plaintiff's ability and possibilities of endorsing any other wireless product or telecommunications service for several years as it is my experience that advertisers do not wish to utilize a celebrity talent to endorse theirproduct or service if that talent is already identified with a competitor. Also, a talent of the stature of General Yeager virtually always seeks to establish a long term relationship with an advertiser, normally not less than one year, and often longer. The amount of money that AT&T would reasonably have to expect to pay the plaintiff for the use of his name, accomplishments and image would in my opinion be no less than $500,000.00, and not more than $2,000,000.00.

C. Data and Other Information Considered by Witness in Forming Expert Opinions: "Press Release" dated May 17, 2009; deposition transcript of Mark Siegel taken May 21, 2009;

Dated: July 22, 2009

Respectfully Submitted,

Jon Albert
Retained Expert Witness

Dated: July 22, 2009

DE LA PEÑA & MCDONALD LLP

By /s/ Steven E. McDonald
Steve E. McDonald
Attorneys for PLAINTIFF

DE LA PEÑA & MCDONALD LLP
785 Market Street, 14th Floor
San Francisco, CA 94103
Tel. (415) 227-4100 Fax. (415) 227-4116

18844

**EXHIBIT "A"**



WORLD'S LARGEST SUPPLIER OF CELEBRITY TALENT & POPULAR MUSIC FOR ADVERTISING

## Jon Albert

### Background

| | |
|---|---|
| 1966 | University of Pennsylvania |
| 1967-70 | University of Miami<br>Major - Management<br>Minor - Personnel Management and Labor Relations |
| 1971-73 | Director of Advertising, Thunderbird Products Corp. a Fuqua Industries Company. |
| 1974-76 | Partner of B & L Productions Inc, Advertising Agency. |
| 1976-09 | Founder and CEO of The Albert Company, now world's most prominent supplier of celebrity talent and popular music for advertising. Company based in Los Angeles from '76 to '87, then Carmel CA. 32nd year of operation.<br><br>During the 32 year period, have personally advised, counselled and quoted approximately 15,000 individual projects, which entailed an average of 8 to 10 talent/music quotes per project. Total, approximately 120,000 to 150,000 quotes, involving to date, 3,100+ individual celebrities and as many popular songs.<br><br>During same period have, negotiated, arranged and contracted about 2,500 deals of every conceivable nature from trade show appearances and industrial film appearances to million dollar national multi-media campaigns. Included also are royalty deals, endorsements, corporate performances, local, regional and national campaigns, international campaigns, etc.<br><br>Some well known national campaigns include Jason Alexander/Intel, Loretta Lynn/Crisco, George C. Scott/Renault, Bruce Jenner/Minolta, Merlin Olsen/FTD Florists, Brad Pitt/Rolex and Sarah Jessica Parker/Nutrisse, Rolling Stones' "Start Me Up"/Ford<br><br>Currently handle quotes and negotiations from several hundred different advertising agencies per year. |

EXPERT WITNESS IN FOLLOWING HIGHER PROFILE CASES SINCE 1989:
(There are others, with talent not generally known, which are not listed)

| CASE | REPRESENTING: | YR: | LAW FIRM | Consulted | Deposed | Testified (Trial) |
|---|---|---|---|---|---|---|
| Bette Midler v Ford (Appeal) | (Bette Midler) | 89 | Edelstein Laird Sobel | c | | |
| Chuck Woolery v Blue Coral | (Blue Coral) | 90 | Baker Hostetler McCutchen | c | d | |
| Jack Nicholson v NEC | (Jack Nicholson) | 90 | Mitchell Silberberg Knupp | c | | |
| Chuck D v Heilman Brewery | (Heilman) | 92 | Lester Schwab Katz (NYC) | c | d | |
| Toho Co. ('Godzilla') v Honda | (Toho) | 92 | Greenberg Glusker Fields | c | | |
| Vanna White v Samsung | (Samsung) | 93 | Pillsbury Madison Sutro | c | | t |
| Kareem Abdul Jabar v Oldsmobile | (Oldsmobile) | 94 | Pillsbury Madison Sutro | c | | |
| Tom Cruise v Phillips Electronics | (Tom Cruise) | 95 | Greenberg Glusker Fields | c | | |
| Nancy Nelson v Loni Anderson | (Loni Anderson) | 96 | Gibson Dunn & Crutcher | c | d | t |
| "LIVE" v IOMEGA | (IOMEGA) | 96 | Frankel & Abrams (NYC) | c | d | |
| Jon Lovitz v Showtime | (Showtime) | 96 | McDermott Will & Emery | c | | |
| Jimmy Smits v Mercedes Benz | (Jimmy Smits) | 96 | Lavely & Singer | c | | t |
| Muhammad Ali v World Telecom | (Muhammad Ali) | 98 | Mitchell Silberberg & Knupp | c | | t |
| Rodney Dangerfield v Inet Svc | (Dangerfield) | 98 | Christensen Miller | c | | |
| Hedy Lamarr v Corel | (Lamarr) | 98 | McDonnell Trial Lawyers | c | | |
| Donald Henley v Dillards | (Henley) | 98 | Wolin Ridley & Miller | c | d | |
| Bill Medley/Jennifer Warnes v. Sandals | (Medley et al) | 98 | Glassman Browning Saltsman | c | | |
| Dustin Hoffman v LA Magazine | (Hoffman) | 97 | Greenberg Glusker Fields | c | d | t |
| Reggie Jackson v Major League Baseball | (MLB) | 98 | Howard Rice Atty's | c | | |
| Dick Clark v America Online | (Dick Clark) | 99 | Pillsbury Madison Sutro | c | d | |
| Pamela Anderson Lee v IEG | (Anderson) | 99 | Masry & Vititoe | c | | |
| Sugar Hill Gang v Snapple | (Sugar Hill) | 99 | Cinque & Cinque | c | d | t |
| Usher Raymond v Tommy Hilfiger | (Raymond) | 99 | Goldberg Scott Belfield & Cohen | c | | |
| Bloodstone v Anheuser-Busch | (Bloodstone) | 00 | Greenberg Glusker Fields | c | d | |
| Schwarzenegger v Casio | (Schwarzenegger) | 00 | Baranov & Wittenberg | c | | |
| 3 Tenors v Domino's Pizza | (3 Tenors) | 01 | Francis Pizzuli | c | | |
| Universal Music v Mazda | (Mazda) | 02 | Hall Dickler Kent Goldstein Wood | c | d | |
| Jennifer Aniston v Man's World | (Aniston) | 02 | Lavely & Singer | c | | |
| Chubby Checker v Norm Thompson Co | (Thompson) | 02 | Anstandig, McDyer (Phila) | c | | |
| Tom Cruise/Nicole Kidman v Sephora | (Cruise/Kidman) | 03 | Greenberg Glusker Fields | c | d | |
| Saul Zaentz Co v Sprint ("One Flew Over The Cuckoo's Nest") | (Zaentz) | 03 | Paul Halvonik Esq (S.F.) | c | d | t |
| DeSalvo & DeCianni v Buca Inc | (DeSalvo) | 04 | Ulwelling & Siddiqui | c | d | t |
| Mayf Nutter v Clear Channel | (Clear Channel) | 04 | Reed Smith (Pgh) | c | | |
| Wepner v Stallone | (Stallone) | 06 | Pryor Cashman | c | d | |
| Facenda v NFL | (Facenda) | 06 | Beasley Firm (Phil) | c | d | |
| Callaway Golf v Screen Actors Guild | (SAG) | 07 | Bush Gottlieb et al | c | d | |
| Valli v Valli | (Valli) | 07 | Jaffe & Clemens | c | d | t |
| Gary Stevens v Southern States | (Southern States) | 08 | Kaufman & Canoles | c | d | |
| Teri Hatcher v Hydroderm | (Hydroderm) | 08 | Robert Heller Law | c | | t |
| Curtis James Jackson III v Taco Bell ("50 Cent") | (Jackson) | 09 | Reed Smith | c | | |
| Michelle Pfeiffer et al. v CompUSA.com | (Pfeiffer) | 09 | Wolf Rifkin Shapiro et al | c | | |

**Expert Witness Fee:** $9,500 Retainer, includes research, expert report, etc.
          $9,500/Day West Coast, Deposition, Court, Meetings, etc plus 1st class travel
          $11,500/Day East Coast plus 1st class travel exp

**Professional Reference:** Any law firm above

| | |
|---|---|
| CASE NAME: | Yeager v. AT&T Mobility, LLC. |
| ACTION NO.: | US District Court for Eastern California 2:07-cv-025172-FCD-GGH |

## DECLARATION OF SERVICE

I am a citizen of the United States. My business address is 785 Market Street, 14th Floor, San Francisco, California 94103. I am employed in the county of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within cause.

On July 22, 2009, I served the following document(s) described as:

**PLAINTIFF'S EXPERT DISCLOSURE FRCP, RULE 26(2)**

to be served via electronic transfer through the United States District Court for the Eastern District of California electronic court filing system addressed to all interested parties on the Eastern District's E-Service electronic service list in the above-entitled case on the date executed below.

On the interested party(ies) in this action addressed as follows:

Andrew W. Stroud, Esq.
MENNEMEIER GLASSMAN AND STROUD
980 Ninth Street
Suite 1700
Sacramento, CA 95814-2737
stroud@mgslaw.com

**Attorneys for Defendants**
**CINGULAR WIRELESS LLC,**
**BELLSOUTH, SBC COMMUNICATIONS,**
**and AMERICAN TELEPHONE &**
**TELEGRAPH**

Telephone:   (916) 553-4000
Facsimile:    (916) 553-4011

O. Yale Lewis-PHV, Jr., Esq.
Whitney I. Furman-PHV, Esq.
HENDRICKS AND LEWIS
901 Fifth Avenue
Suite 4100
Seattle, WA 98164
oyl@hllaw.com
wif@hllaw.com

**Attorneys for Defendants**
**CINGULAR WIRELESS LLC,**
**BELLSOUTH, SBC COMMUNICATIONS,**
**and AMERICAN TELEPHONE &**
**TELEGRAPH**

Telephone:   (206) 624-1933
Facsimile:    (206) 583-2716

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2009, at San Francisco, California.

_____/s/ Vanessa Soriano_____
VANESSA SORIANO