MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile:  916-553-4011

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC;  and DOES 1 through 200, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:07-cv-02517 FCD GGH<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS AND CONTINUE TRIAL DATE PENDING MOTION FOR CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. § 1292(b)**<br><br>The Honorable Frank C. Damrell, Jr. |

## **RECITALS**

Whereas Defendant AT&T Mobility, LLC ("Defendant") filed a motion for summary judgment on October 2, 2009;

Whereas the Court issued an order denying the Defendant's motion for summary judgment on December 7, 2009;

Whereas Defendant believes that the Court's order involves several controlling questions of law as to which there is a substantial ground for difference of opinion, and that an immediate appeal from the order may materially advance the ultimate termination of the litigation;

///

1  Whereas Defendant therefore intends to file a motion for certification of
2  interlocutory appeal pursuant to 28 U.S.C. § 1292(b);
3  Whereas Defendant understands that March 21, 2010 is the earliest available date
4  for the Court to hear oral argument on that motion;
5  Whereas, under the Court's Amended Status (Pretrial Scheduling) Order dated
6  April 22, 2009, the parties are now obligated to begin preparing for trial, including by preparing
7  a joint pre-trial statement to be filed on January 15, 2010;
8  Whereas the trial is currently set for March 30, 2010;
9  Whereas trial preparation by the parties and the Court could become wasted effort
10  if the Court were to grant certification, and if the Ninth Circuit Court of Appeals were to
11  subsequently accept the interlocutory appeal;
12  Whereas the parties wish to avoid any potentially unnecessary expenditure of
13  time and resources by their counsel and by the Court in preparing for trial;

**STIPULATION**

15  The parties, by and through their counsel, stipulate and agree as follows:
16  1.  This district court action shall be STAYED pending the briefing, argument, and
17  this Court's ruling on Defendant's motion for certification of interlocutory appeal, pursuant to 28
18  U.S.C. § 1292(b);
19  2.  In the event that the Court grants Defendant's motion for certification and the
20  Ninth Circuit exercises its discretion to hear the appeal, this action is STAYED until the appeal
21  is fully resolved.
22  3.  The current trial date of March 30, 2010 shall be VACATED; and
23  4.  The trial date, and all other attendant pre-trial deadlines, shall be re-scheduled at
24  such time as Defendant's motion for certification and any subsequent interlocutory appeal are
25  fully resolved.
26  ///
27  ///
28  ///

1  Dated: December 24, 2009					DE LA PENA & MCDONALD LLP

3							By: /s/ Charles J. Murray
								Charles J. Murray
4								Attorneys for Plaintiff Chuck Yeager

6  Dated: December 24, 2009					MENNEMEIER, GLASSMAN & STROUD LLP

8							By: /s/ Andrew W. Stroud
								Andrew W. Stroud
								Attorneys for Defendant AT&T Mobility, LLC

**IT IS SO ORDERED.**

Dated: December 28, 2009

							_____
							FRANK C. DAMRELL, JR.
							UNITED STATES DISTRICT JUDGE