UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.), | NO. CIV. S-07-2571 FCD GGH |
| Plaintiff, | |
| v. | **ORDER OF NON-RELATED CASES** |
| AT&T MOBILITY, LLC. | |
| Defendant. | |
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.), | |
| Plaintiff, | NO. CIV. S-10-2055 JAM EFB |
| v. | |
| AVIAT AIRCRAFT, INC., et. al., | |
| Defendants. | |

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. These actions involve the same plaintiff, but the actions involve events specific to each party, the questions of fact are different, the questions of law

are not novel, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail substantial duplication of labor.

Therefore, CIV. S-10-2055 JAM EFB shall not be reassigned to the undersigned judge.

IT IS SO ORDERED.

DATED: August 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE