IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK" YEAGER (RET.),

    Plaintiff,

vs.

AT&T MOBILITY, LLC.

    Defendant.
_____/

CIV. S-07-2517 FCD GGH PS

ORDER

    On October 19, 2010, this case was referred to the undersigned. It appears that pretrial conference and trial are the only matters remaining.

    Accordingly, IT IS ORDERED that:

    1. Within seven days of this order, the parties are to advise whether any other matters are outstanding.

    2. The Clerk of the Court shall serve this order on plaintiff in pro se.

DATED: October 25, 2010        /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              U. S. MAGISTRATE JUDGE

GGH:076/Yeager2571.ord.wpd