IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK" YEAGER (RET.),

    Plaintiff,

vs.

AT&T MOBILITY, LLC; and DOES 1 to 200, inclusive,

    Defendants.

No. CIV S-07-2517 KJM-GGH

ORDER

    On April 11, 2011, the court ordered plaintiff to notify the court within thirty days whether he has obtained new counsel or will proceed in propria persona. ECF 95. Plaintiff has failed to comply with the court's order. Plaintiff is substituted in propria persona and in accordance with Local Rule 302(c)(21), this case is hereby referred to the assigned Magistrate Judge Gregory G. Hollows, for case management and recommendations to the district judge. Parties are to contact Valerie Callen at 916-930-4199 with regard to further case management.

    IT IS SO ORDERED.

DATED: June 1, 2011.

_____
UNITED STATES DISTRICT JUDGE

1