IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK" YEAGER (RET.),

    Plaintiff,                                  CIV. S-07-2517 FCD GGH PS

    vs.

AT&T MOBILITY, LLC.

    Defendant.                             <u>ORDER</u>

_____/

        On June 2, 2011, this case was referred to the undersigned. Based on status reports filed November 1, 2010, and December 20, 2010, the remainder of the case will be scheduled.

        Accordingly, IT IS ORDERED that:

        1. Defendant shall notice a motion for reconsideration of the district court's denial of its summary judgment motion on the undersigned's calendar within fourteen days of this order, or it will be considered abandoned.

        2. Pretrial conference is scheduled for November 2, 2011 at 11:00 a.m. in Courtroom # 3 before the Honorable Kimberly J. Mueller.

        3. Jury trial is scheduled for December 5, 2011 at 9:00 a.m. in Courtroom # 3

1  before the Honorable Kimberly J. Mueller.

2  DATED: June 23, 2011                                  /s/ Gregory G. Hollows

3                                                                        GREGORY G. HOLLOWS
                                                                          U. S. MAGISTRATE JUDGE
4  GGH:076/Yeager2571.sts.wpd