John N. Zarian (SBN 145080)
ZARIAN MIDGLEY & JOHNSON PLLC
960 Broadway Ave., Suite 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
E-Mail:  zarian@zmjlaw.com

Attorneys for Plaintiff
Gen. Charles E. "Chuck" Yeager (Ret.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC, et al.,<br><br>Defendants. | Case No.: 2:07-cv-02517-KJM-GGH<br><br>**EXHIBIT A TO JOINT PRETRIAL STATEMENT – PLAINTIFF'S WITNESS LIST** |

Pursuant to Local Rule 16-281 and in accordance with the Amended Status (Pretrial Scheduling) Order (Doc. No. 37) entered on April 22, 2009, as modified by the Order dated June 23, 2011 setting pretrial conference and jury trial (Doc. No. 97), plaintiff Gen. Charles E. "Chuck" Yeager (Ret.) ("Plaintiff") submits the following list of potential witnesses.

These disclosures are made in good faith on the basis of information reasonably available to Plaintiff at the present time.  By identifying persons below, Plaintiff does not waive any objections it now has or may have to the admissibility in evidence of such documents or persons' knowledge or testimony in some respects or for certain purposes.  Plaintiff also objects and does not disclose information or documents to the extent that such disclosure might otherwise call for attorney-client privileged information or information protected by the attorney work-product doctrine or any other recognized privilege or doctrine protecting disclosure.

Plaintiff reserves the right to present the testimony of any of these witnesses by deposition, to the extent permitted by the Federal Rules of Civil Procedure.  Plaintiff also reserves the right to present the testimony of any witnesses identified in Defendant's Witness List by direct or cross-examination.  In addition, Plaintiff reserves the right to call additional witnesses, not listed below, for purposes of impeachment or rebuttal.  Plaintiff also reserves the right to call any records custodian or persons necessary to establish the authenticity of items listed in Plaintiff's Exhibit List.

**POTENTIAL WITNESSES**

Based on currently available information, Plaintiff identifies the following individuals or categories of individuals that he may present as witnesses at trial in this action.

| Name | Address/Phone No. | Fact/Expert | Areas of Testimony |
|---|---|---|---|
| Gen. Chuck Yeager | Through Plaintiff's counsel | Fact | Gen. Yeager will testify as to his background and celebrated accomplishments in aviation and the resulting fame he has achieved.  He will testify to the various ways he has protected and exploited his rights in his n his name, identity, and likeness as well as Defendant's violation of those rights for its own commercial purposes. He will also testify as to the consequent harm that Defendant has caused him. |
| Victoria Yeager | Through Plaintiff's Counsel | Fact | Mrs. Yeager will testify as to Plaintiff's background and celebrated accomplishments in aviation and the resulting fame he has achieved.  She will testify as to the various ways Plaintiff has protected and exploited the rights he has in his name, identity, and likeness as well as Defendant's violation of those rights for its own commercial purposes. Mrs. Yeager will also testify as to the harm that Defendant has caused Plaintiff. |

| Name | Address/Phone No. | Fact/Expert | Areas of Testimony |
|---|---|---|---|
| John Albert | Through Plaintiff's Counsel | Expert | Mr. Albert will offer expert testimony as to Defendant's use of the press release for commercial purposes.  He will testify as to Defendant's exploitation of Plaintiff's name, identity or likeness for its own commercial purposes.   Mr. Levy will also testify as to the harm caused by Defendant's exploitation of Plaintiff's name, identity or likeness without Plaintiff's consent. |
| Jeff Berg | 10250 Constellation Boulevard, Los Angeles, CA 90067 (310) 550-4000 | Fact | This witness will testify as to Plaintiff's exploitation of the rights in his name, identity and likeness. |
| Steve Carbone | Unknown | Fact | This witness will testify as to Plaintiff's exploitation of the rights in his name, identity and likeness. |
| Mike Manclark | 3132 Airway Ave., Costa Mesa, CA 92626 (714)556-0576 | Fact | This witness will testify as to Plaintiff's exploitation of the rights in his name, identity and likeness. |
| Person most knowledgeable with regard to dealings with Plaintiff at Campbell Ewald | 8687 Melrose Ave Suite G510 West Hollywood, CA 90069 | Fact | This witness will testify as to Plaintiff's exploitation of the rights in his name, identity and likeness. |
| Mark Siegel | Through Defendant's Counsel | Fact | This witness will testify to Defendant's exploitation of Plaintiff's name, identity or likeness without Plaintiff's consent. |

3

1

2      DATED this 26th day of October, 2011.

3

4                                 ZARIAN MIDGLEY & JOHNSON, PLLC

5

6                                 By */s/ John N. Zarian*
                                      John N. Zarian
7                                     Attorney for Plaintiff
                                      Gen. Charles E. "Chuck" Yeager (Ret.)
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A TO JOINT PRETRIAL STATEMENT – PLAINTIFF'S WITNESS LIST
CASE NO.: 2:07-CV-02517-KJM-GGH

1

2

## **CERTIFICATE OF SERVICE**

3      I HEREBY CERTIFY that on the 26th day of October, 2011, I electronically filed the foregoing

4   document with the Clerk of the Court, using the CM/ECF system, which will automatically send email

5   notification of such filing to all counsel who have entered an appearance in this action.

6

7                                            */s/ John N. Zarian*
                                             John N. Zarian

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A TO JOINT PRETRIAL STATEMENT – PLAINTIFF'S WITNESS LIST
CASE NO.: 2:07-CV-02517-KJM-GGH