MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

Attorneys for Defendant
AT&T Mobility, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER (RET.),<br><br>  Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC; and DOES 1 TO 200, inclusive,<br><br>  Defendants. | Case No. 2:07-cv-02517 (KJM-GGH)<br><br>**DEFENDANT AT&T MOBILITY, LLC'S ADOPTION OF EARLIER FILED "JOINT PRETRIAL STATEMENT"**<br><br>Hearing: August 11, 2011<br>Time: 10:00 a.m.<br>Crtrm: 9<br>Judge: Hon. Gregory G. Hollows |

On October 26, 2011 at 7:31 PM PDT, Plaintiff filed a document captioned "Joint Pretrial Statement." That document was filed unilaterally by Plaintiff and does not bear the electronic signature of Defendant's counsel.

Subject to certain objections and rights that Defendant has preserved through e-mail correspondence with Plaintiff, Defendant hereby adopts that "Joint Pretrial Statement" through the signature below.

Dated: October 26, 2011        MENNEMEIER, GLASSMAN & STROUD LLP


By:   /s/ Andrew W. Stroud
      Andrew W. Stroud
      Attorneys for Defendant AT&T Mobility, LLC