IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK" YEAGER,

        Plaintiff,                  No. CIV S-07-2517 KJM GGH

   vs.

AT&T MOBILITY, LLC,

        Defendant.         ORDER

/

        On August 30, 2011, the magistrate judge filed findings and recommendations in the above-captioned matter, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. While the reference of this case to a magistrate judge has recently been withdrawn, the court nevertheless considers the findings and recommendations as properly submitted given plaintiff's *pro se* status at the time.

        No objections to the findings and recommendations have been filed. The court thus presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo. See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully

/////

1

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 30, 2011, are adopted in full, with the exception of footnote four on page four; and

2. The final pretrial conference is confirmed for November 2, 2011.

DATED: October 27, 2011.

_____
UNITED STATES DISTRICT JUDGE