FILED

JUN 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK" YEAGER,

    Plaintiff,

v.

AT & T MOBILITY, LLC, et al.,

    Defendants.
_____/

No. 2:07-cv-2517-KJM GGH

**JURY COMMUNICATION**

**REPLY FROM COURT TO NOTE RECEIVED ON JUNE 7, 2012 AT 3:03 PM**

Date sent to jury: 6/7/2012

Time sent to jury: 3:17

    This laptop is being provided to enable you to review admitted evidence. As stated in Instruction 1, you must decide this case solely on the evidence that was admitted at trial. Therefore, this laptop must not be used to access any information other than admitted evidence.

DATED: 6/7/12

KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

1