**FILED**

JUN 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK"
YEAGER,

      Plaintiff,

v.

AT & T MOBILITY, LLC, et al.,

      Defendants.
_____/

No. 2:07-cv-2517-KJM GGH

**JURY COMMUNICATION**

**REPLY FROM COURT TO NOTE RECEIVED ON JUNE 7, 2012 AT 3:55 PM**

Date sent to jury: June 8, 2012

Time sent to jury: 8:51 a.m.

For the purposes of both Final instruction No. 14 and 17, the term "public affairs" refers to matters that are of interest to the public, not limited to topics that might be covered on television or radio. The words "or with a political campaign" are not relevant for the purposes of this case.

For the purposes of both Final Instruction No. 14 and 17, plaintiff may prove that he was "harmed" if he shows, by a preponderance of the evidence, that he was not compensated for the use of his name.

DATED: June 8, 2012.

                                            KIMBERLY J. MUELLER
                                            UNITED STATES DISTRICT JUDGE