IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENERAL CHARLES E. "CHUCK" YEAGER,

    Plaintiff,

vs.

AT&T MOBILITY, LLC, *et al.*,

    Defendants.

No. CIV S 07- 2517 KJM GGH

ORDER

The court is in receipt of counsel for plaintiff John N. Zarian's motion for an "order permitting counsel to withdraw and terminate representation" of General Charles E. "Chuck" Yeager. (ECF 289-1.) Plaintiff's counsel is hereby ORDERED, within seven days of entry of this order, to show cause why his motion to withdraw as counsel should not be denied given the pending supplemental motion for attorneys' fees (ECF 278) and motion for reconsideration (ECF 279) filed by the same counsel currently seeking withdrawal.

    IT IS SO ORDERED.

DATED: March 22, 2013.

                                            UNITED STATES DISTRICT JUDGE